

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0375-15

**PERCY BENJAMIN SMITH, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE FOURTEENTH COURT OF APPEALS
BRAZORIA COUNTY**

**Per curiam. Keasler and Hervey, JJ., dissent.**

### O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j),

because the petition does not contain a copy of the opinion of the court of appeals.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed

in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: August 26, 2015
Do Not Publish